Submitted on briefs July 27, affirmed July 30, 1973

STATE OF OREGON, *Respondent, v.* EDWARD PAVLICEK (No. C 73 03 0730 Cr), *Appellant.*

511 P2d 1256

William D. Scalf, and Hawkins, Germudson & Scalf, Gresham, for appellants.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and John H. Clough, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *State v. Zimmerman,* 14 Or App 17, 510 P2d 1336, Sup Ct *review denied* (1973).